HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEAJAK CONCRETE CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> LORENTZ BRUUN CO., et al., <br><br> Defendants. | CASE NO. C14-642 RAJ <br><br> ORDER |

This matter comes before the court on defendants' motion to disqualify counsel for plaintiff, Michael Norman. Dkt. # 12. Plaintiff appears to oppose the motion, but has filed a proposed consent order substituting Steven Meacham as counsel of record in place of Michael Norman. Dkt. ## 21-22. The court allows the substitution of attorney, and the Motion for Disqualification appears to be MOOT. Dkt. # 12. Michael Norman is DISCHARGED as counsel of record. Mr. Meacham must file a notice of appearance

ORDER- 1

within five days of this order. The Clerk is DIRECTED to terminate the motion to disqualify counsel as MOOT. Dkt. # 12.

Dated this 27th day of June, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2